UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KARLA DAVIS,

    Petitioner,

v.  Case No: 5:21-cv-499-WFJ-PRL

STATE OF FLORIDA,

    Respondent.
_____/

### ORDER OF TRANSFER

It appears from the record that the judgment of conviction against which relief is sought was entered by the Circuit Court, in and for Duval County, Florida. Therefore, pursuant to Local Rule 1.04 and 28 U.S.C. § 2241(d), this case is transferred to the Jacksonville Division for the Middle District of Florida for all further proceedings. The Clerk is directed to forward the file to that Division.

**DONE AND ORDERED** at Tampa, Florida, on October 12, 2021.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Petitioner, pro se
Counsel of Record